TRINA A. HIGGINS, United States Attorney (#7349)
KAYTLIN V. BECKETT, Special Assistant United States Attorney (#16257)
JOEY L. BLANCH, Assistant United States Attorney (#16665)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: kbeckett@agutah.gov
      joey.blanch2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. JESSE NEAL KNIGHT, Defendant. | FELONY INFORMATION<br><br>Count 1: 18 U.S.C. § 18 U.S.C. § 1591(a): Human Trafficking of Minors 1 and 2;<br>Count 2: 18 U.S.C. § 18 U.S.C. § 1591(a): Human Trafficking of Minors 3 and 4;<br>Count 3: 18 U.S.C. § 2251(a) and (e), Production of Child Pornography with Minors 3 and 5).<br><br>Case: 2:23−cr−00032<br>Assigned To : Stewart, Ted<br>Assign. Date : 1/26/2023<br>Description: USA v. Knight |
|---|---|

The United States Attorney charges:

COUNT 1
18 U.S.C. § 1591(a)
(Human Trafficking of a minor)

Between June 1, 2021 and October 13, 2021, in the District of Utah,

JESSE NEAL KNIGHT,

the defendant herein, did knowingly recruit, entice, obtain, or solicit Minors 1 and 2 by

any means, knowing and in reckless disregard of the facts that Minors 1 and 2 had not

attained the age of 18 years and would be caused to engage in a commercial sex act; and the defendant's acts were in or affecting interstate commerce; all in violation of 18 U.S.C. § 1591(a).

## COUNT 2
## 18 U.S.C. § 1591(a)
## (Human Trafficking of a Minor)

Between June 1, 2021 and October 13, 2021, in the District of Utah,

JESSE NEAL KNIGHT,

the defendant herein, did knowingly recruit, entice, obtain, or solicit Minors 3 and 4 by any means, knowing and in reckless disregard of the facts that Minors 3 and 4 had not attained the age of 18 years and would be caused to engage in a commercial sex act; and the defendant's acts were in or affecting interstate commerce; all in violation of 18 U.S.C. § 1591(a).

## COUNT 3
## 18 U.S.C. § 2251(a) and (e)
## (Production of Child Pornography)

Between June 1, 2021 and October 13, 2021, in the District of Utah,

JESSE NEAL KNIGHT,

the defendant herein, had MINOR 3, who was then under the age of 18, assist MINOR 5 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and through Minor 3 did employ, use, persuade, induce, entice and coerce MINOR 5, who was then under the age of 18, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and

having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed and that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and attempted to do so and did aid and abet; all in violation of 18 U.S.C. § 2251(a) and (e).

TRINA A. HIGGINS
United States Attorney

/s/ J. Blanch
Kaytlin V. Beckett
Special Assistant United States Attorney

Joey L. Blanch
Assistant United States Attorney